UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | |
| | § | CRIMINAL NO. **H-04-452** |
| **WILLIAM L. HAM**, | § | |
| | § | |
| Defendant. | § | |

## GOVERNMENT'S 5K1.1 MOTION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

I.

The United States moves this Court to grant defendant William L. Ham a downward departure for substantial assistance within the meaning of United States Sentencing Commission Guidelines Manual §5K1.1.

 

Respectfully submitted,
TIM JOHNSON
UNITED STATES ATTORNEY

//John R. Lewis//
By:   John R. Lewis
      Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that on the 28th day of August, 2009, a true and correct copy of the <u>GOVERNMENT'S 5K1.1 MOTION</u> was sent by facsimile, electronic mail, or U.S. Mail to the following person(s).

| | |
|---|---|
| **Kyle Reeves Sampson, Esq.** | (713) 552-0300 |
| 770 Post Oak Lane, Ste. 6200 | |
| Houston, TX 77056 | Attorney for defendant **HAM** |
| krsamp@swbell.net | |

<u>//John R. Lewis//</u>
JOHN R. LEWIS
Assistant United States Attorney